UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CRAIG HERNANDEZ

                Plaintiff,

-v-

CITY OF YONKERS

                Defendant.

07-CV-11026 (KMK)

MOTION SCHEDULING ORDER

Non-ECF Case

**KARAS, U.S.D.J.**

    At the Pre-Motion Conference before the Court held on February 20, 2008, the Court adopted the following scheduling order:

    Defendant's summary judgment motion shall be served upon opposing counsel not later than April 1, 2008. The motion shall not be longer than twenty-five (25) pages.

    Plaintiff's opposition papers are to be served upon opposing counsel not later than May 15, 2008. The opposition papers shall not be longer than twenty-five (25) pages.

    Reply papers are to be served upon opposing counsel not later than May 29, 2008. The reply shall not be longer than ten (10) pages.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    Counsel and pro-se Plaintiff are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

MICROFILM
FEB 21 2008
USDCSDNYWP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:  White Plains, New York
      February 20, 2008

                KENNETH M. KARAS
                UNITED STATES DISTRICT JUDGE